# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

MARY LEE THOMAS, Administratrix of
The Estate of Shenika Shunta Thomas,
Deceased                                                              PLAINTIFF

VS.                                                   CAUSE NO. 4:10-CV-123-P-S

DR. ASHRAF M. NOFAL; DR. MARILYN MCLEOD;
DR. HILTON ONEAL; NEADREE EDWARD, CFNP:
AND DELTA REGIONAL MEDICAL CENTER                       DEFENDANTS

## ORDER

This matter is before the court sua sponte, in response to a motion of Defendants, Dr. Marilyn McLeod and Dr. Hilton O'Neal, to dismiss pursuant to Rule 16(b)(3) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi. The rule provides that:

> (b) Filing an immunity defense or jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion issue, including any appeal.

> (c) At the time the immunity defense or jurisdictional defense motion is filed, the moving party shall submit to the magistrate judge a proposed order granting the stay but permitting discovery relevant only to the defense raised in the motion.

> (d) The plaintiff must promptly notify the magistrate judge of a decision on the motion and must submit a proposed order lifting the stay. Within fourteen days of the order lifting the stay, the parties must confer in accordance with L.U.Civ.R. 26(c), and all other deadlines will be determined accordingly.

IT IS, THEREFORE, ORDERED that all proceedings herein, including the Case Management Conference and all motions filed by the parties herein, but excluding qualified immunity-related discovery and the briefing of the motion for qualified immunity are STAYED AS TO ALL PARTIES.

IT IS FURTHER ORDERED that should the Motion to Dismiss be denied, defense

counsel shall contact the court within ten days of the denial to advise of the need to re-schedule the Case Management Conference.

SO ORDERED, This the 9th day of November, 2010.

/s/David A. Sanders
United States Magistrate Judge